IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

ISAIAS P. GALLEGOS
PETITIONER,

VS.                                                              CASE NO. 4:10CR00341-001

UNITED STATES OF AMERICA,
RESPONDENT,

### MOTION FOR MODIFICATION OF SENTENCE PURSUANT TO 18 USC 3582(C)(2) BASED ON RETROACTIVE AMENDMEMT 782 OF THE UNITED STATES SENTENCING GUIDELINES

  **COMES NOW**, Petitioner Isaias P. Gallegos, Pro Se, respectively submits the following **Motion For Modification of Sentence Pursuant To 18 USC 3582(c)(2), based on Retroactive Amendment 782 of The United States Sentencing Guidelines**. Petitioner has been sentenced to a term of imprisonment based upon a sentencing that has been subsequently lowered by the United States Sentencing Commission Pursuant to 994 (o), thus upon motion to this Court, by the above Petitioner, permits departure.

  Petitioner, Isaias P. Gallegos was sentenced on the 15th day of August, 2012 by the District Court to a Federal term of 262 months, with a projected release date on or about 09th day of June, 2029.

  Petitioner is currently serving his Federal Sentence at the Phoenix Federal Correctional Institution, in Phoenix, Arizona. (See Exhibit A- Bureau of Prison Computation Sheet)

The United States Sentencing Commission made the retroactive Amendment 782 to the Sentencing Guidelines with the intention to implement lowering of drug penalties by and for the following:

1. Federal Drug Trafficking Offenses by Two (2) Base Offense levels.

2. For All Types of Drug Listed in the Guidelines 2D1.1.

3. Those who are Not Career Offenders.

The judiciary and its probation officers will have the responsibility under **18 USC 3624 (e)** to supervise such Petitioners after they are released by the Bureau of Prisons. Pursuant to **42 USC 13882,** the **Violent Crime Control and Law Enforcement Act of 1994,** the Bureau of Prisons was authorized to initiate Unity Demonstration Project, for which is to alleviate the harm to children and families upon incarceration of a parent. The United States Congress enacted the **Family Unit Demonstration Project Law** and charged the United States Bureau of Prisons with the responsibility for developing halfway house-like facilities in the communities across the United States which are capable of housing parents and their children as well as providing educational and other rehabilitative programs for prisoners and their children. **See 42 USC 13903.** Despite the fact that the United States Congress has appropriated funding for the Family Unity Demonstration Project, the Bureau of Prisons has failed to and refused to effectuate the projects. **See 42 USC 13904.** When a Federal Agency has refused, through either nonfeasance to follow the law, the Court is empowered to fashion an alternative remedy to effectuate the goal that Congress sought to achieve.

Further, in the light of the Federal Sentencing framework, it is clear that when a Defendant's sentence has been set aside, at or on Appeal, or Resentenced, the District Court should consider the evidence of the Defendant's Rehabilitation since his prior sentencing and that

evidence in an appropriate case, supports a further downward departure from the Sentencing Guidelines. See **William v. New York, 337 US 241, 93 L. Ed 1337 (1949), United States v. Watts, 519 US 148, 136 L. Ed 2nd 584 (1997), United States v. Bryson, 229 F3rd 425 (2nd Cir. 2000), and Pepper v. United States, 562 US, 131 S. Ct. 1229, 179 L. Ed 2nd 196 (2011).**

In assuring deterrence, protection of the public, and rehabilitation **18 USC 3553 (a)(2) (B)-(C) and (D)**, there would seem to be no better evidence than a Defendant's post-incarceration conduct. Post sentencing also critically informs a District Judge's duty under **18 USC 3553 (a)**, to impose a sentence sufficient, but not greater than necessary to comply with sentencing purposes set forth in **18 USC 3553 (a)(2)**, not adequately taken into consideration by the Sentencing Commission. (See Exhibit B-Bureau of Prisons Development Plan, Educational Transcript/Course completion and hours).

**WHEREFORE**, the Petitioner **PRAYS** this Honorable District Court will consider and give appropriate weight to the Petitioner's post sentencing rehabilitation evidence, as provided in Exhibits A and B, in addition to the Retroactive Amendment 782 "Drug Minus Two" reduction.

Respectfully Submitted,

*[signature]*
Pro se, Petitioner

Reg.# 43924-279
Federal Correctional Institution Phoenix
37910 N 45th Ave
Phoenix, AZ 85086

# Exhibit A

# Bureau of Prison Computation Sheet

```
PHXHB   540*23  *           SENTENCE MONITORING           *     09-20-2016
PAGE 001         *           COMPUTATION DATA              *     10:58:47
                              AS OF 09-20-2016

REGNO..: 43924-279 NAME: GALLEGOS, ISAIAS JR


FBI NO............: 117257FB7         DATE OF BIRTH: 09-10-1979 AGE:   37
ARS1..............: PHX/A-DES
UNIT..............: NAVAJO            QUARTERS.....: N02-212U
DETAINERS.........: NO                NOTIFICATIONS: NO

HOME DETENTION ELIGIBILITY DATE: 12-09-2028

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  06-09-2029 VIA GCT REL


---------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION............: TEXAS, SOUTHERN DISTRICT
DOCKET NUMBER....................: 4:10CR00341-001
JUDGE............................: HITTNER
DATE SENTENCED/PROBATION IMPOSED: 08-15-2012
DATE COMMITTED...................: 09-14-2012
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

                 FELONY ASSESS   MISDMNR ASSESS   FINES           COSTS
NON-COMMITTED.:  $200.00         $00.00           $00.00          $00.00

RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO        AMOUNT:  $00.00

-----------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  391
OFF/CHG: 21:846,M841(A)(1),(B)(1)(A)(II) & 18 - CONSP TO PWTID 5 KGS OR
         MORE OF COCAINE, 1S.
         18:1956(A)(1)(B)(I) & 18:2 - AID/ABET THE LAUNDERING OF
         MONETARY INSTRUMENTS, WHICH INVOLVED THE ILLEGAL SALE AND
         DISTRIBUTION OF CON/SUB, 9S.

 SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    262 MONTHS
 TERM OF SUPERVISION.............:      5 YEARS
 DATE OF OFFENSE.................: 04-27-2010




G0002         MORE PAGES TO FOLLOW . . .
```

```
 PHXHB  540*23 *        SENTENCE MONITORING         *      09-20-2016
 PAGE 002 OF 002 *        COMPUTATION DATA          *      10:58:47
                         AS OF 09-20-2016

REGNO..: 43924-279 NAME: GALLEGOS, ISAIAS JR


 ------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 08-22-2013 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 05-01-2013 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 08-15-2012
TOTAL TERM IN EFFECT............:    262 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     21 YEARS      10 MONTHS
EARLIEST DATE OF OFFENSE........: 04-27-2010

JAIL CREDIT.....................:     FROM DATE     THRU DATE
                                     04-28-2010    08-14-2012

TOTAL PRIOR CREDIT TIME.........: 840
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 991
TOTAL GCT EARNED................: 283
STATUTORY RELEASE DATE PROJECTED: 06-09-2029
EXPIRATION FULL TERM DATE.......: 02-25-2032
TIME SERVED.....................:      6 YEARS      4 MONTHS      25 DAYS
PERCENTAGE OF FULL TERM SERVED..:   29.3

PROJECTED SATISFACTION DATE.....: 06-09-2029
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: 08222013 UPDATE GCT I/CRK




G0000           TRANSACTION SUCCESSFULLY COMPLETED
```

# Exhibit B

# Bureau of Prison Development Plan, Educational Transcript/Course completion and hours

```
                       *    INMATE EDUCATION DATA      *     09-15-2016
PAGE 001 OF 001 *                TRANSCRIPT            *     11:13:52

REGISTER NO: 43924-279      NAME..: GALLEGOS                FUNC: PRT
FORMAT.....: TRANSCRIPT     RSP OF: PHX-PHOENIX FCI

-------------------------------  EDUCATION INFORMATION  ---------------------------
FACL ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP DATE/TIME
PHX  ESL HAS    ENGLISH PROFICIENT          09-14-2012 1047 CURRENT
PHX  GED HAS    COMPLETED GED OR HS DIPLOMA 09-14-2012 1038 CURRENT

-------------------------------   EDUCATION COURSES    ---------------------------
SUB-FACL   DESCRIPTION                      START DATE   STOP DATE EVNT AC LV   HRS
PHX        CREDIT 101 FCI                   07-10-2016 CURRENT
POM        COMPLETING JOB APPLICATIONS      11-16-2015 12-02-2015   P   C  P     4
POM        EMPLOYMENT SHU PRE-RELEASE       11-09-2015 11-16-2015   P   C  P     4
POM        RPP 3:  INVESTING/INSUR SHU      11-03-2015 11-09-2015   P   C  P     4
POM        RPP 3: CHECKING/SAVING/ATM SHU   10-26-2015 11-03-2015   P   C  P     4
POM        CAREER PLANNING SHU PRE-REL      10-19-2015 10-26-2015   P   C  P     4
POM        GOVERNMENT LANGUAGE              10-07-2015 10-19-2015   P   C  P     4
POL        USP ART CLASS                    11-15-2014 02-01-2015   P   C  P    48
POL        AEROBICS                         12-15-2014 01-22-2015   P   C  P     3
POL        USP SWISS BALL CLASS             10-20-2014 12-11-2014   P   C  P     3
POL        STEP AEROBICS                    06-02-2014 07-24-2014   P   C  P     3
POL        DRUG EDUCATION                   10-15-2013 11-12-2013   P   C  P    13
POL        ACE SECRET SCI                   06-17-2013 10-19-2013   P   C  P    19
POL        ACE NATURE ASSN                  06-17-2013 10-19-2013   P   C  P    10
POL        POSITIVE THINKING                02-24-2013 05-30-2013   P   C  P    12
POL        ACE SECRET SCI                   02-24-2013 05-30-2013   P   C  P    19
POL        ANGER MANGEMENT 6:30-8:30        02-24-2013 05-30-2013   P   C  P     6
POL        COMM DR LIC BASICS 6:30-8:30     03-06-2013 05-30-2013   P   C  P    18
POL        AM PGED 1 E                      01-14-2013 05-13-2013   P   W  I     0
POL        2 VT SEWING CLASS M-F 1230-330   10-31-2012 03-26-2013   P   C  C   150
HOU M      DRAWING 4 BEGINNERS-I/M INSTRT   04-08-2011 05-03-2011   P   C  P     8




G0000           TRANSACTION SUCCESSFULLY COMPLETED
```

Phoenix AZ 85036-7055

Attn: Hon. Judge David Hittner
Federal Building Services Inc
515 Rusk St # 8509
Houston, TX 77002

7016 0750 0000 8215 7881

CERTIFIED MAIL







