United States District Court
Southern District of Texas
**ENTERED**
October 28, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| United States of America, | § § § | |
| v. | § § | C.R. ACTION NO. 4:10-341 (01) |
| Isaias P. Gallegos, | § § | |

### ORDER

Pending before the Court is the Motion to Reduce Sentence Pursuant to Title 18 U.S.C. Section 3582 (c)(2) Amendment to U.S.S.G. Section 2D1.1 (Doc. # 588). Having considered the motion and the applicable law, the Court determines that the foregoing motion should be denied. Accordingly, the Court hereby

ORDERS that the Motion to Reduce Sentence Prusaunt to Title 18 U.S.C. Section 3582(c)(2) amendment to U.S.S.G. Section 2D1.1 (Doc. # 588) is DENIED.

Signed the **27** day of October, 2016.

_____
DAVID HITTNER
United States District Judge